ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California  94105
     Tel:  (415) 977-8973
     Fax:  (415) 744-0134
     Email:  Susan.L.Smith@ssa.gov

Attorneys for Defendant Michael J.Astrue,
     Commissioner of Social Security

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROGER STEVEN CRAFT, | No.  SACV-12-0655-OP |
|     Plaintiff, | **<u>JUDGMENT OF REMAND</u>** |
|     v. | |
| MICHAEL J. ASTRUE,  Commissioner of Social Security, | |
|     Defendant. | |

     The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 10/31/12

_____
HON. OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

-1-