DONALD R. BUCHANAN     CBN: 110309
SHAPIN AND BUCHANAN
2000 E. Fourth St., Suite 120
Santa Ana, California 92705
Telephone: (714) 567-0188
Fax: (714) 567-0029
Email:  Donssatty@aol.com

Attorneys for Plaintiff  Roger Steven Craft

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER STEVEN CRAFT  Plaintiff, v. MICHAEL J. ASTRUE, Commissioner of Social Security,  Defendant. | No. SACV 12-00655 (OP)  ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND – FOUR HUNDRED AND FIFTY DOLLARS and no cents ($3,450.00) subject to the terms of the stipulation.

DATE:  January 9, 2013

UNITES STATES MAGISTRATE JUDGE

-1-